UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SIMION HERNANDEZ,

        Petitioner,

v.                                                 Case No. 3:26-cv-19-JEP-SJH

RONNIE WOODALL, et al.,

        Respondents.

_____

### ORDER

Petitioner's unopposed Motion to Dismiss Without Prejudice Pursuant to F.R.C.P. 41(a)(2) (Doc. 13) is **GRANTED**. This case is **DISMISSED without prejudice**. The **Clerk** shall terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of March, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

caw 3/13
c:
Counsel of Record